■ DIGITAL BROADCAST CORP., Respondent, v LADENBURG THALMANN & Co., INC., Appellant. [852 NYS2d 839]—

The indemnification provision incorporated by reference to and made a part of the contract between plaintiff and defendant is ambiguous and cannot, as a matter of law, be interpreted as providing for reimbursement of defendant's attorney's fees in the instant action between the signatories to the contract (*see Hooper Assoc. v AGS Computers*, 74 NY2d 487 [1989]).

We have considered defendant's remaining contentions and

find them unavailing. Concur—Mazzarelli, J.P., Andrias, Williams, Buckley and Acosta, JJ. [*See* 2007 NY Slip Op 32593(U).]